04-10
USDC/RI
Judge Smith

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 04-1720

UNITED STATES OF AMERICA,

Appellee,

v.

JERMAINE LEE,

Defendant, Appellant.

Certified and Issued as Mandate under Fed. R. App. R 41.

Richard Cushing Donovan, Clerk

Susan Pedrazzini
Deputy Clerk

Date: 9-22-05

Before

Boudin, Chief Judge,
Torruella and Howard, Circuit Judges.

JUDGMENT

Entered: September 1, 2005

After careful review of the record and appellate filings, we see no basis to disturb the district court's sentence. We reject appellant's characterization of the district court's remarks at sentencing as indicating that it did not believe it had the authority to depart downward. Rather, the district court understood its authority and, as a matter of discretion, declined to depart. We also lack jurisdiction to review "'a discretionary decision not to depart on the facts of the particular case.'" United States v. Burdi, 414 F.3d 216 (1st Cir. 2005), citing United States v. Rodriguez, 327 F.3d 52, 54 (1st Cir. 2003).

Finally, appellant has not made a sufficient showing that this matter should be remanded for re-sentencing in accordance with United States v. Booker, 125 S. Ct. 738 (2005). In light of the court's findings and observations at sentencing, and the absence of any "reasonable indications" supporting a "reasonable probability" that appellant would receive a more lenient sentence under the new advisory guidelines regime, we reject each and all claims of error.

See United States v. Heldeman, 402 F.3d 220, 224 (1st Cir. 2005); United States v. Antonakopoulos, 399 F.3d 68 (1st Cir. 2005).

Appellant's sentence is affirmed. See 1st Cir. R. 27(c).

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________________
Chief Deputy Clerk.

[cc: Elizabeth D. Caddick, Esq., Zechariah Chafee, Esq. and Donald C. Lockhart, Esq.]